IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIMBEREY CALLOWAY                    §
                                     §
VS.                                  §   ACTION NO. 4:26-CV-229-Y
                                     §
EQUIFAX INFORMATION SERVICES LLC§

### ORDER REGARDING COMPLETION AND SERVICE OF SUMMONS
(With Special Instructions to the Clerk of the Court)

The Court has reviewed Plaintiff's complaint and finds that, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), Plaintiff is entitled to have the summons and complaint served on Defendant by a United States marshal or deputy United States marshal. *See Rochon v. Dawson*, 828 F.2d 1107, 1109-10 (5th Cir. 1987). In order to serve the complaint, the Court requires one form 285 and two summons forms to be filled out by Plaintiff for service upon Defendant. The Court will direct the clerk of the Court to provide the summons and 285 forms to Plaintiff's counsel, who must fill them out and return them to the clerk. The clerk will then forward the completed forms to the marshal for service.

Therefore, the clerk of the Court shall mail to Plaintiff appropriate and sufficient forms to facilitate service of the summons and complaint on Defendant. Plaintiff is advised that it is Plaintiff's responsibility to complete the summons and 285 forms with correct information as to the appropriate persons and the appropriate addresses for service.

Further, Plaintiff shall complete the forms and return them to the clerk within thirty (30) days of the date this order is filed.

Plaintiff's failure to complete the forms and to timely return them to the clerk will result in the dismissal of this action without further notice. See FED. R. CIV. P. 41(b).

Additionally, upon receipt of the completed forms, the clerk of the Court shall issue the summons for Defendant, with a copy of the complaint attached, and deliver them to the United States marshal for service.

Finally, upon receipt of the appropriate forms completed by Plaintiff, the summons and complaint in this action shall be served on Defendant by the United States marshal or deputy United States marshal.

SIGNED March 19, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER REGARDING COMPLETION AND SERVICE OF SUMMONS - Page 2
TRM/chr